IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          Case No. 07-50076

MITCHELL SCOTT JOHNSON                                          DEFENDANT

## O R D E R

NOW on this 28th day of January, 2008 comes on for consideration the **Unopposed Motion to Consider Moot Defendant's Motion to Suppress Statements** (Document #18).  The Court, being well and sufficiently advised finds that the instant motion is **granted** and that **Motion to Suppress Statements (Document #17)** is **denied as moot.**

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**