```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

    **v.**                **Case No. 07-50076**

**MITCHELL SCOTT JOHNSON**                                               **DEFENDANT**

<u>ORDER</u>

Now on this 6th day of February, 2008, comes on for consideration the government's **Motion to Revoke Release Status (Doc. 24)**. The Court, being well and sufficiently advised, finds and orders that pursuant to a stipulation stated by the parties on the record the motion should be, and it hereby is, **granted**, and that Mitchell Johnson is hereby ordered to the custody of the United States Marshal pending sentencing.

    IT IS SO ORDERED.

                                      <u>/S/JIMM LARRY HENDREN</u>
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE

Case 5:07-cr-50076-TLB   Document 29   Filed 02/06/08   Page 2 of 2 PageID #: 62